34 A.3d 66

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tyrone GRANT, Petitioner.**

**No. 86 EM 2011.**

Supreme Court of Pennsylvania.

Dec. 15, 2011.

*ORDER*

PER CURIAM.

AND NOW, this 15th of December, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.